Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>Mike Smith<br><br>Civil Case # _____ | No. MDL-15-02641-PHX-DGC<br><br>**MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Mike Smith, Deceased

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Sara Smith

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Sara Smith, Spouse and Representative of the Estate of Mike Smith

-2-

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

North Carolina

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

 Virginia

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

North Carolina

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court for the Eastern District of North Carolina

8. Defendants (check Defendants against whom Complaint is made):

√   C.R. Bard Inc.

√   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

√   Diversity of Citizenship

☐   Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐   Recovery® Vena Cava Filter

  ☐  G2® Vena Cava Filter

  √  G2® Express (G2®X) Vena Cava Filter

  ☐  Eclipse® Vena Cava Filter

  ☐  Meridian® Vena Cava Filter

  ☐  Denali® Vena Cava Filter

  Other: _____

11. Date of Implantation as to each product:

October 1, 2009

12. Counts in the Master Complaint brought by Plaintiff(s):

  √  Count I:  Strict Products Liability – Manufacturing Defect

  √  Count II:  Strict Products Liability – Information Defect (Failure to Warn)

  √  Count III:  Strict Products Liability – Design Defect

  √  Count IV:  Negligence - Design

  √  Count V:  Negligence - Manufacture

  √  Count VI:  Negligence – Failure to Recall/Retrofit

  √  Count VII:  Negligence – Failure to Warn

  √  Count VIII:  Negligent Misrepresentation

  √  Count IX:  Negligence *Per Se*

  √  Count X:  Breach of Express Warranty

  √  Count XI:  Breach of Implied Warranty

  √  Count XII:  Fraudulent Misrepresentation

  √  Count XIII:  Fraudulent Concealment

√   Count XIV:   Violations of Applicable North Carolina (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

√   Count XV:   Loss of Consortium

√   Count XVI:   Wrongful Death

√   Count XVII:   Survival

√   Punitive Damages

□   Other(s):   _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

Dated: March 13, 2018            Respectfully submitted,

/s/ Michael T. Gallagher
Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm, PLLC
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com